ALLIANCEBERNSTEIN L.P., Respondent, v WILLIAM CLEMENTS, Appellant. [938 NYS2d 434]

Concur—Saxe, J.P., Friedman, Renwick, DeGrasse and Freedman, JJ. **[Prior Case History: 31 Misc 3d 1234(A), 2011 NY Slip Op 50995(U).]**